# Third District Court of Appeal
## State of Florida

Opinion filed August 16, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0678
Lower Tribunal No. 20-22250

————————

**Proforce Staffing, Inc.,**
Appellant,

vs.

**Arbor Electrical Service, Inc., etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine and William Thomas, Judges.

Law Office of Alexis Gonzalez, P.A., and Alejandro F. Hoyos, and Alberto H. Orizondo, for appellant.

VLP Copenhaver Espino, and Alejandro Espino, and Kristina L. Puente, for appellees Jones Benitez Corporation and American Contractors Indemnity Company.

Before LOGUE, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.